JWV/MKA November 2011
GJ# <u>14</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) No. |
| | ) |
| **MANUEL CHANEY III,** | ) |
|     a*lso known as "Trey,"* | ) |
|     **Defendant** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>
### [18 U.S.C. § 1029(a)(2), (b)(1)]

The Grand Jury charges that:

From on or about January 6, 2010, until on or about November 16, 2010, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**MANUEL CHANEY III,**
    *also known as "Trey,"*

knowingly and with intent to defraud did use and attempt to use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value aggregating $1,000 and more during that period, in and

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2), (b)(1).

## COUNT TWO
## [18 U.S.C. § 1029(a)(3), (b)(1)]

The Grand Jury further charges that:

From on or about January 6, 2010, until on or about November 16, 2010, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**MANUEL CHANEY III,**
*also known as "Trey,"*

knowingly and with intent to defraud did possess and attempt to possess fifteen and more devices that were unauthorized access devices, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3), (b)(1).

### COUNT THREE
### [18 U.S.C. § 1029(a)(5), (b)(1)]

The Grand Jury further charges that:

From on or about January 6, 2010, until on or about November 16, 2010, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

### MANUEL CHANEY III,
*also known as "Trey,"*

knowingly and with intent to defraud did effect and attempt to effect transactions with one and more access devices issued to other persons to receive payment and any other things of value during a one-year period, the aggregate value of which is equal to and greater than $1,000, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(5), (b)(1).

### COUNT FOUR
### [18 U.S.C. § 1028A]

The Grand Jury further charges that:

From on or about January 6, 2010, until on or about November 16, 2010, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**MANUEL CHANEY III,**
*also known as "Trey,"*

knowingly did transfer and possess and use, without lawful authority, the means of identification of other actual persons, said means of identification being Social Security Numbers and bank account numbers more specifically identified below for each actual person, during and in relation to the access-device frauds charged in Counts One, Two, and Three of this Indictment:

| Person | Account Number (last 4 digits) | Social Security Number (last 4 digits) |
|---|---|---|
| O.S. |  | 3344 |
| M.N.S. | 3358 |  |
| H.J.L. | 8181 | 8877 |
| M.W.B. | 9087 | 7740 |
| A.J.G. | 2873 | 3983 |
| M.E.R. | 2873 | 7978 |
| L.T.L. | 1482 | 3673 |
| G.M. | 8546 | 9818 |
| O.M. | 7523 | 9978 |
| K.E.S. | 8564 | 9937 |
| T.D.W. | 9364 | 2245 |
| M.J.S. | 3423 | 3849 |

This conduct by the defendants was in violation of Title 18, United States Code, Sections 1028A and 2.

## NOTICE OF FORFEITURE
## [18 U.S.C. §§ 981(a)(1)(C) and 1029(c)(2) and 28 U.S.C. 2461(c)]

1.    The allegations contained in **COUNTS ONE through THREE** of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1029(c)(2) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of one or more of the offenses alleged in **COUNTS ONE through THREE** of this Indictment, the defendant, **MANUEL CHANEY III,** *also known as "Trey***,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1029(c)(2) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds traceable to such offense and any property used in or facilitating such offense.

3.    If any of the property described above, as a result of any act and omission of the defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred and sold to, and deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; and

  e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property.

**A TRUE BILL**

*/s/*
FOREPERSON OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

*/s/*
MELISSA K. ATWOOD
Assistant United States Attorney